FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

2006 JAN 20 PM 1: 12

AUGUSTA DIVISION

CLERK J. Burton
SO. DIST. OF GA.

| | |
|---|---|
| SOPHONIAS JAHENI, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CV 105-191 |
| | ) |
| KEVIN ROBERTS, Warden, | ) |
| | ) |
| Respondent. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED**.

SO ORDERED this 20th day of January, 2006, at Augusta, Georgia.

*[signature]*
UNITED STATES DISTRICT JUDGE